IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| DOMINIC ANTHONY MILLETTE,  )<br>                              )<br>     Plaintiff,             )<br>                              )<br>     v.                       )<br>                              )<br>DONALD VALENZA,              )<br>                              )<br>     Defendant.              ) | CIVIL ACTION NO.<br>1:21cv189-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who at the time was incarcerated in the Houston County, Alabama Jail, filed this lawsuit complaining that he was denied constitutionally adequate care because after being given the first dose of a vaccine in jail, he was not provided with the second mandatory dose, which he needed because he was in a high-risk environment. As relief, he sought only a court order to provide the second dose of the vaccine. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice as moot, because plaintiff is no

longer in the jail.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of December, 2022.

                              /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE